UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Zahid N. Quraishi |
| v. | : Crim. No. 22-637 (ZNQ) |
| ZAHKI WATKINS | : **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (by Tracey Agnew, Assistant United States Attorney), and defendant Zahki Watkins (by Benjamin West, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including October 31, 2022, until the parties are able to appear for Arraignment on that date due to defense counsel's trial schedule, and to allow the parties to continue plea negotiations; and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c); and no prior continuances having been entered; and the defendant, through his attorney, having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) At defense counsel's request due to his trial schedule, Arraignment is scheduled for October 31, 2022;

(2) Taking into account the exercise of diligence, the facts of this case and defense counsel's trial schedule necessitate that defense counsel be permitted a reasonable amount of additional time for effective preparation in this matter;

(3) Both the United States and the defendant seek additional time to continue plea negotiations, which would render any subsequent trial of this matter unnecessary;

(4) The defendant is not in custody, and he has consented to the aforementioned continuance;

(5) The grant of a continuance likely will conserve judicial resources; and

(6) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this __29th__ day of September, 2021,

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through and including October 31, 2022; and it is further

ORDERED that the period from the date this Order is signed through and

including October 31, 2022 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
Honorable Zahid N. Quraishi
United States District Judge

Agreed to and consented by:

_____
Tracey Agnew
Assistant U.S. Attorney

s/ Benjamin West
_____
Benjamin West, Esq.
Attorney for Zahki Watkins

3