

# M E M O R A N D U M

## DISTRICT OF NEW JERSEY

**TO:** Honorable Rukhsanah L. Singh, U.S. Magistrate Judge

**cc:** Tracy Agnew, Assistant United States Attorney
Benjamin West, Assistant Federal Defender

**From:** Lura Jenkins, U.S. Pretrial Services Officer

**Re:** Zahki Watkins
Petition for Action
22-CR-637 (ZNQ)

**Date:** June 23, 2023

Attached is a Petition for Action on Conditions of Pretrial Release recommending that Your Honor schedule a bail review hearing to address the defendant's violations of his conditions of release.

Pretrial Services is available to the Court should any further information be needed.

Thank you for Your Honor's attention to this matter.

Reviewed by:

*Michele Roman*

Michele E. Roman
Supervising U.S. Pretrial Services Officer

**ORDERED, a Bail Hearing will be held before the Honorable <u>Rukhsanah L. Singh</u>, on <u>June 27, 2023 at 1:30 p.m.</u> in person at the <u>Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ</u>.**

<u>s/ Rukhsanah L. Singh</u>
**RUKHSANAH L. SINGH**
**United States Magistrate Judge**